| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) KING, GARR M. | 2. Court or Organization DISTRICT OF OREGON | 3. Date of Report 05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

907 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE
PORTLAND, OREGON 97204

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT/DIRECTOR | KING████ FOUNDATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GARR KING'S ACCOUNTS | | | | | | | | | |
| 2. BOEING COMPANY | B | Dividend | K | T | | | | | |
| 3. CASH IN BROKERAGE ACCTS. UBS Bank Dep | A | Dividend | M | T | | | | | |
| 4. CISCO SYSTEMS INC | B | Dividend | L | T | | | | | |
| 5. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 6. EXXON MOBIL CORP | B | Dividend | L | T | | | | | |
| 7. GENL ELECTRIC CO | B | Dividend | K | T | | | | | |
| 8. INTEL CORP | B | Dividend | K | T | | | | | |
| 9. ISHARES TRUST RUSSELL 1000 INDEX | C | Dividend | M | T | | | | | |
| 10. ISHARES TRUST Core S&P SMALL CAP ETF | B | Dividend | L | T | | | | | |
| 11. JPMORGAN CHASE & CO | B | Dividend | L | T | | | | | |
| 12. JOHNSON & JOHNSON COM | B | Dividend | L | T | | | | | |
| 13. M & P CO. (Real Estate Partnership) Salt Lake City, UT | E | Rent | L | W | | | | | |
| 14. MICROSOFT CORP | B | Dividend | K | T | | | | | |
| 15. ORACLE CORP | A | Dividend | L | T | | | | | |
| 16. PROCTER & GAMBLE CO | A | Dividend | K | T | | | | | |
| 17. SPDR S&P MIDCAP 400 ETF TR | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HEALTH CARE SELECT SECTOR SPDR FUND | C | Dividend | M | T | | | | | |
| 19. ENERGY SECTOR SPDR TRUST SHARES | C | Dividend | M | T | | | | | |
| 20. FINANCIAL SECTOR SPDR TRUST ETF | B | Dividend | L | T | | | | | |
| 21. US BANCORP DEL (NEW) | B | Dividend | L | T | | | | | |
| 22. US NATIONAL BANK | A | Interest | M | T | | | | | |
| 23. FT-FRANKLIN OR T/F INCOME A | D | Dividend | N | T | | | | | |
| 24. USB ACCOUNT 10813 | | | | | | | | | |
| 25. ISHARES S&P 100 INDEX FUND | C | Dividend | M | T | | | | | |
| 26. SPDR S&P 500 ETF TR | B | Dividend | L | T | | | | | |
| 27. HEALTH CARE SELECT SECTOR SPDR FUND | A | Dividend | L | T | | | | | |
| 28. UNITED PARCEL SERVICE INC CL B | B | Dividend | L | T | | | | | |
| 29. VANGUARD FTSE DEVELOPED MKT | C | Dividend | L | T | | | | | |
| 30. FT - FRANKLIN OR T/F INCOME A | D | Dividend | M | T | | | | | |
| 31. CASH IN BROKERAGE ACCTS. UBS BANK DEP | A | Dividend | M | T | | | | | |
| 32. DESCHUTES CNTY ORE NPFG B/E/R 3.5 060115 DTD 022806 | B | Interest | L | T | | | | | |
| 33. WASHINGTON CNTY OR BE/R/ 4 DUE 060115 DTD 022806 | B | Interest | L | T | | | | | |
| 34. CLACKAMAS CNTY OR BE/R/ 4 DUE 060118 DTD 120109 | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MULT. CO. OR. SD#3 | C | Interest | M | T | | | | | |
| 36. YAMHILL CO. OR. SCH. | C | Interest | M | T | | | | | |
| 37. MONMOUTH OR DUE 060117 | C | Interest | M | T | | | | | |
| 38. OR STATE BD. HGR EDU | D | Interest | M | T | | | | | |
| 39. GARR KING IRA | | | | | | | | | |
| 40. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FUND CLASS F | C | Dividend | M | T | | | | | |
| 41. DWS DREMAN SMALL CAP VALUE FUND CLASS A | A | Dividend | | | Sold | 10/06/14 | K | A | |
| 42. DODGE & COX INT'L STOCK FUND | A | Dividend | K | T | | | | | |
| 43. AMERICAN FUNDS EURO PACIFIC FUND CLASS F | B | Dividend | M | T | | | | | |
| 44. FPA CAPITAL FUND INC | A | Dividend | K | T | | | | | |
| 45. IVY ASSET STRATEGY FUND CLASS A | A | Dividend | K | T | | | | | |
| 46. LOOMIS SAYLES STRATEGIC INCOME FUND CLASS A | D | Dividend | M | T | | | | | |
| 47. PIMCO TOTAL RETURN FUND | B | Dividend | | | Sold | 10/06/14 | M | A | |
| 48. MATTHEWS ASIAN GROWTH & INCOME FUND CLASS INV | A | Dividend | K | T | | | | | |
| 49. OPPENHEIMER INT'L BOND FD CL A | B | Dividend | | | Sold | 10/06/14 | M | A | |
| 50. FPA NEW INCOME FUND | B | Dividend | M | T | Buy | 10/06/14 | L | | |
| 51. VANGUARD INTERM - TERM BOND | B | Dividend | M | T | Buy | 10/06/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CASH IN BROKERAGE ACCTS. UBS BANK DEP. | A | Dividend | L | T | Buy | 10/06/14 | L | | |
| 53. FT TEMPLETON GLOBAL BOND A | A | Dividend | L | T | | | | | |
| 54. VAN ECK GLOBAL HARD ASSETS FUND CLASS A | A | Dividend | K | T | | | | | |
| 55. KING█████ FOUNDATION | | | | | | | | | |
| 56. SPDR S&P 500 ETF TR | B | Dividend | M | T | | | | | |
| 57. SPDR S&P MIDCAP 400 ETF TR | B | Dividend | M | T | | | | | |
| 58. VANGUARD TOTAL STOCK MKT ETF | B | Dividend | L | T | | | | | |
| 59. AMERICAN FUNDS EURO PACIFIC FUNDS CLASS F | B | Dividend | L | T | | | | | |
| 60. FPA CAPITAL FUND INC | A | Dividend | K | T | | | | | |
| 61. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F | A | Dividend | L | T | | | | | |
| 62. HARBOR INT'L FUND INVESTOR CLASS | B | Dividend | L | T | | | | | |
| 63. FT MUTUAL SHARES A | B | Dividend | L | T | | | | | |
| 64. PIMCO TOTAL RETURN FUND CLASS A | B | Dividend | | | Sold | 10/07/14 | L | A | |
| 65. FT TEMPLETON GLOBAL BOND A | C | Dividend | M | T | | | | | |
| 66. RMA GOVERNMENT PORTFOLIO | A | Dividend | K | T | | | | | |
| 67. VANGUARD INTERM - TERM BOND | B | Dividend | L | T | Buy | 10/06/14 | L | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ GARR M. KING**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544